UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 8 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

------------------------------------------X

PETER TAYLOR, PLAINTIFF
FCI RAY BROOK P.O. BOX 9008
RAY BROOK, N.Y. 12977
IDENTIFICATION NO. 11967-052

Case: 1:07-cv-01081
Assigned To : Lamberth, Royce C.
Assign. Date : 06/18/2007
Description: FOIA/PRIVACY ACT

VS.

FEDERAL BUREAU OF PRISON, DEFENDANT
OFFICE OF THE GENERAL COUNSEL ROOM 841
320 FIRST ST. N.W.
WASHINGTON, D.C. 20534

------------------------------------------X

ON OR ABOUT PLAINTIFF FILED A WRITTEN LETTER ON APRIL 4, 2007
FREEDOM OF INFORMATION ACT/ PRIVACY ACT5 U.S.C.SECTION 552 AND
5 U.S.C . SECTION 552A REQUESTING FROM THE FEDERAL BUREAU OF
PRISON  MONITOR PHONE CALLS MADE FCI RAY BROOK FROM PLAINTIFF
TO BRIANNE TITANO ON FEB. 10, 2007 AT 11:48:16 TIME.
2. PLAINTIFF ALSO REQUESTED MONITOR PHONE CALLS MADE FROM FCI
RAY BROOKTO  TO BILLIE JO. WEED ON FEB. 15,2007 AT 13:58:27
TIME. I REQUESTED SOUND RECORDING, TRANSCRIPTS OF THE RECORDING
IN THE POSSESSION , CUSTODY OF THE AGENCY.
3. MY REQUEST HAS BEEN WITH HELD AND DENIED BY FAILURE TO COMPLY
WITH MY REQUEST.
4. MY REQUEST IS IMPORTANT BECAUSE PLAINTIFF WANTS TO INFORM
THE PUBLIC ABOUT POLICE MISCONDUCT.
5. PLAINTIFF ALSO REQUEST  IS IMPORTANT BECAUSE HE PLANS TO
FILE ACIVIL AND USE THIS AS A PART OF LITIGATION.

                              RELIEF
6. PLAINTIFF SEEK A JUDGEMENT DECLARING THAT THE REQUEST SOUGHT
WRE AGENCY RECORDS, THAT BEEN UNLAWFULLY WITH HELD.
7. PLAINTIFF SEEK THE COURT FOR ENFORCEMENT OF PLAINTIFF REQUEST
FOIA THAT THE TELEPHONE TAPES, NOTES PAPER, WERE AGENCY RECORDS
THAT NEEDS TO BE FORWARD TO PLAINTUFF.
8. PLAINTIFF SEEK THE COURT TO HAVE B.OP.  TO COMPLY WITH PLAINTI
REQUEST.

                                        SINCERELY,
                                        PETER TAYLOR
                                        FCI RAY BROOK
                                        P.O. BOX 9008
                                        RAY BROOK 12977

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE
AND CORRECT. EXECUTED ON 5/9/07.

**RECEIVED**

MAY 2 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

F.C.I. Ray Brook
P.O. Box 9008
Ray Brook, N.Y. 12977
Date : 4-4-07

Freedom Of Information Officer:
Freedom Of Information Act/ Privacy Act Section request
Office Of The General Counsel, Room 841
Federal Bureau Of Prisons
320 First St. N.W.
Washington, D.C. 20534

Dear, Freedom Of Information Officer:
This request is made under the Freedom Of Information Act (FOIA), 5 U.S.C. Section 552 [and the Privacy Act 5 U.S.C. Section 552a]. Please send me copies of [ Feb. 10, 2007 monitor phone calls made to 518-828-8494 Ms. Brianne Titano at 11:48:16 time.] Please send me copies of [Feb. 15, 2007 monitor phone calls made to 518-470-9913 Ms. Billie Jo Weed at 13:58;27 time.] Both calls were made from (I) PETER TAYLOR. I request sound recording, transcripts of the recording in the possession, custody, or control of your agency.
As you know, the Freedom Of Information Act provide that if portion of a document are exempt from release, the remainder must be segregate and disclosed. Therefore, I will expect you to send me all nonexempt portion of which I requested, and ask that justify any deletions with reference to specific exemptions of FOIA. The information requested is not to be used for commercial benefits, so I don't expect to be charged fees fore your review of the material to see if it falls within one of FOIA, exemption. I promise to pay reasonable search and duplication cost in connection with this request. However, please notify me a head of time if you estimate that fees will exceed $20.00 so I can approve the additional amount.
FOIA provides for the waiver or reduction of search duplication fees where the "disclosure of the information is in the public understanding of the operation or actibities of the government and isn't primarily in the commerical interest of the request":
This request should be exempt froe all fees because [this request deals with informing the public about law officials disclosing confidential information, disclosing informer to individuals, confidential informer cooperated against. How my life is at risk because of a law official disclose me to people I cooperated against, and how I might be killed when I return to society.] If you deny this request however please notify me if fees will exceed $20.00 so I can decide whether to pay the fees or appeal your denial of my request foe waiver.
Sincerely,
Peter Taylor
PETER TAYLOR 11967-052
I declare (or certify or state ) under penalty of perjury that the foregoing is true and correct. Executed on 4-4-07

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

I 07-1081 RCL

**I (a) PLAINTIFFS**

Peter Taylor

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 11967-052

**DEFENDANTS**

Federal Bureau of Prisons

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01081
Assigned To : Lamberth, Royce C.
Assign. Date : 06/18/2007
Description: FOIA/PRIVACY ACT

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

**☐ A. Antitrust**
☐ 410 Antitrust

**☐ B. Personal Injury/Malpractice**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

**☐ C. Administrative Agency Review**
☐ 151 Medicare Act

Social Security:
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

Other Statutes
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

**☐ D. Temporary Restraining Order/Preliminary Injunction**

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

**☐ E. General Civil (Other)** OR **☐ F. Pro Se General Civil**

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

3

| ☐ **G.** *Habeas Corpus/ 2255*<br><br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ **H.** *Employment Discrimination*<br><br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ **I.** *FOIA/PRIVACY ACT*<br><br>☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | ☐ **J.** *Student Loan*<br><br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ **K.** *Labor/ERISA (non-employment)*<br><br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ **L.** *Other Civil Rights (non-employment)*<br><br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ **M.** *Contract*<br><br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ **N.** *Three-Judge Court*<br><br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ Multi district Litigation ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552 (FOIA)

**VII. REQUESTED IN COMPLAINT** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    **DEMAND $** 0    Check YES only if demanded in complaint  **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction) ☐ YES ☒ NO  If yes, please complete related case form.

**DATE**    **SIGNATURE OF ATTORNEY OF RECORD**  NCD

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd