UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 1 8 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

------------------------------X--------X

PETER TAYLOR, PLAINTIFF
FCI RAY BROOK, P.O. BOX 9008
RAY BROOK, P.O.BOX 9008
IDENTIFICATION NO. 11967-052

VS.

Case: 1:07-cv-01081
Assigned To : Lamberth, Royce C.
Assign. Date : 06/18/2007
Description: FOIA/PRIVACY ACT

FEDERAL BUREAU OF PRISON, DEFENDANT
OFFICE OF THE GENERAL COUNSEL, ROOM 841
320 FIRST ST. N.W.
WASHINGTON, D.C. 20534
------------------------------------------X

MOTION UNDER VAUGHN V. ROSEN TO REQUIRE
DETAILED INDEXING, JUSTIFICATION AND
ITEMIZATION.

Plaintiff, Peter Taylor moves this court for an order requiring Defendant Federal Bureau Of Prison to provide within 30 days of the complaint in this action, a detailed justification for allegation contained in the Defendant's answer and previous administrative denial that the erquest documents are exempt from disclosure under the Freedom Of Information Act, 5 U.S.C. Section 552 and the privacy act 5 U.S.C. section 552a, including an itemization and index of the documents claimed to be exempt, correlating specific statements in such justification justification with actual portions of the requested documents. See Vaughn V. Rosen, 484 F. 2d 820 (D.C. CIR 1973) Cert. Den, 415 U.S. 977 (1974)

Respectfully Submitted,
*Peter Taylor*
FCI Ray Brook
P.O. Box 9008
Ray Brook, N.Y.12977
Date:5/4/07

**RECEIVED**
MAY 2 1 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4