UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

PETER TAYLOR,                          )
                                       )
                                       )
                Plaintiff,             )
                                       )
        v.                             )        Civil Action No. 07-1081 (RCL)
                                       )
FEDERAL BUREAU OF PRISONS,             )
                                       )
                Defendant.             )
_____)

## NOTICE OF APPEARANCE

        The Defendant, Federal Bureau of Prisons, respectfully requests that the Clerk of the

Court enter the appearance of Judith A. Kidwell, Assistant United States Attorney, as counsel of

record for the Defendant in the above-captioned case.

                                Respectfully submitted,

                                _____/s/_____
                                JUDITH A. KIDWELL
                                Assistant United States Attorney
                                555 4th Street, N.W., Room E4905
                                Washington, D.C. 20530
                                (202) 514-7250

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of July, 2007, I caused the foregoing Notice

of Appearance to be served by first class mail, postage prepaid, on:

        Peter Taylor, Plaintiff *pro se*
        FCI Ray Brook
        P.O. Box 9008
        Ray Brook, N.Y. 12977

                _____/s/_____
                JUDITH A. KIDWELL
                Assistant United States Attorney