UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER TAYLOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 07-1081 (RCL) |
| FEDERAL BUREAU OF PRISONS, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

The Defendant, through its undersigned attorneys, hereby respectfully requests an enlargement of time, until and including August 27, 2007, within which to file an answer or other response to the Plaintiff's complaint. The Defendant's response is presently due on July 25, 2007, and this is the Defendant's first request for an enlargement of time for this purpose. Because the Plaintiff is an inmate and is proceeding *pro se*, LCvR 7(m) does not apply to this motion, and the Defendant, therefore, has not obtained his position as to the relief requested.

There is good cause for this motion. This is an action brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552. The Plaintiff's complaint was served on June 25, 2007, and the undersigned counsel have not yet received information from the Defendant's representatives regarding the allegations contained in the complaint. Therefore, additional time is required to obtain information and prepare a proper response to the Plaintiff's complaint. Accordingly, the Defendant is requesting an extension of time until and including August 27, 2007, to file an answer or otherwise respond to the Plaintiff's complaint.

For the foregoing reasons, the Defendant respectfully requests that this motion for an

enlargement of time be granted.  A proposed order is included with this motion.

                                          Respectfully submitted,

                                          /s/
                                        JEFFREY A. TAYLOR, D.C. BAR # 498610
                                        United States Attorney

                                          /s/
                                        RUDOLPH CONTRERAS, D.C. BAR # 434122
                                        Assistant United States Attorney

                                          /s/
                                        JUDITH A. KIDWELL
                                        Assistant United States Attorney
                                        555 Fourth Street, N.W.- Civil Division
                                        Room E4905
                                        Washington, D.C. 20530
                                        (202) 514-7250

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2007, I caused the foregoing Motion for Enlargement of Time and proposed Order to be served by first class mail, postage prepaid, on:

Peter Taylor, Plaintiff *pro se*
FCI Ray Brook
P.O. Box 9008
Ray Brook, N.Y. 12977

_____/s/_____
JUDITH A. KIDWELL
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER TAYLOR,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1081 (RCL) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

UPON CONSIDERATION OF the Defendant's Motion for An Enlargement of Time to file an answer or other response to the complaint herein, any opposition thereto, and the entire record herein, it is this _____ day of July, 2007,

**ORDERED** that the Defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that the Defendant shall have until and including August 27, 2007, to file an answer or other response to the Plaintiff's complaint.

_____
UNITED STATES DISTRICT JUDGE