United States District Court
For the District of Columbia

RECEIVED
AUG 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Peter Taylor,
          Plaintiff

VS

Federal Bureau of Prisons,
          Defendant

Civil Action No.
07-1081 (RCL)

Application For
appointment of Counsel

1) Plaintiff, is Peter Taylor who seek as applicant for the court to appoint Counsel.

2) Plaintiff needs a lawyer in this case to help plaintiff file the proper motion and relief for plaintiff. Plaintiff Civil action deals with law official causing harm to plaintiff and his family by disclosing Plaintiff as a confidential informant to individual plaintiff cooperate against.

3) Plaintiff need a lawyer who speak english.

I declare under penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

Dated: July 24, 2007

Peter Taylor