UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1081 (RCL) |
| FEDERAL BUREAU OF PRISONS, | ) |
| Defendant. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

The Clerk of the Court will please enter the appearance of Jonathan C. Brumer, Special Assistant U.S. Attorney, as counsel of record for the Defendant, in the above-captioned case and withdraw the appearance of Assistant U.S. Attorney Judith A. Kidwell.

Respectfully submitted,

s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)


s/Judith A. Kidwell
JUDITH A. KIDWELL
Assistant United States Attorney
555 4th St., N.W., Room E4905
Washington, D.C. 20530
(202) 514-7250

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2007, I caused the foregoing *Notice of Substitution of Counsel* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

PETER TAYLOR
R11967-052
Ray Brook Federal
  Correctional Institution
P.O. Box 9008
Ray Brook, NY 12977

s/Jonathan C. Brumer
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 4th Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)