UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PETER TAYLOR, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1081 (RCL) |

**MOTION FOR ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b)(1), the Defendant, Federal Bureau of Prisons, by and through undersigned counsel, respectfully moves this Court to enlarge the time to answer or otherwise respond to Plaintiff's Complaint. Because the Plaintiff is an inmate and is proceeding *pro se*, LcvR 7(m) does not apply to this motion, and the undersigned counsel has not attempted to contact the *pro se* Plaintiff for his consent.

Defendant requests that its deadline for filing an Answer or other response to Plaintiff's Complaint, be extended by thirty two (32) days, from August 27, 2007 to September 28, 2007. This is the undersigned counsel's first request for an enlargement of time of his deadline to respond to Plaintiff's Complaint, and it is the Defendant's second request for such an enlargement. No scheduling order has been entered in this action.

In support of Defendant's Motion, Defendant respectfully states as follows:

1. On June 18, 2007, Plaintiff filed his Complaint. See Docket Entry No. 1.

2. On June 25, 2007, the United States, through the United States Attorney's Office, was served with the Complaint. Because the present matter was filed pursuant to the Freedom of

Information Act ("FOIA"), the Defendant originally had 30 days in which to respond to Plaintiff's Complaint. See 5 U.S.C. § 552(a)(4)(c). Consequently, Defendant's Answer or other Response to the Complaint was originally due by July 25, 2007.

3. On July 19, 2007, Defendant filed a Motion for Enlargement of Time, its first in this case. In that Motion, Defendant respectfully requested that its deadline for responding to Plaintiff's Complaint be extended by sixty days, from July 25, 2007 to August 27, 2007. See Docket Entry No. 8. The Court granted this motion on August 10, 2007. See Minute Order dated August 10, 2007.

4. Counsel for the Defendant anticipates filing a dispositive motion in response to the Complaint. Despite his best efforts, he will not be able to complete an adequate response to the Complaint by August 27, 2007.

5. This enlargement of time is sought for several reasons. First of all, this case was just recently reassigned from Assistant United States Attorney Judith A. Kidwell (who is on extended leave for medical reasons) to Special Assistant Jonathan C. Brumer, on or about August 21, 2007. Mr. Brumer will need some time to familiarize himself with the procedural history of this case and the relevant legal authorities, confer with agency counsel about the circumstances of this case, and prepare an appropriate response to the Complaint.

6. Second, the undersigned counsel for the Defendant has several imminent deadlines within the next nineteen days in his other cases, including: (1) an Answer or other Response to the Complaint in Johnson v. DEA, Fenty, et. al., Civil Action No. 07-935 (D.D.C.); (2) an Answer or other Response to the Complaint in Federal Cure v. Lappin, Civil Action No. 07-843 (D.D.C.); (3) an Answer or other Response to the Complaint in Grossman v. Guitierrez, Civil

Action No. 07-353 (D.D.C.); (4) an Answer or other Response to the Complaint in <u>West v. Jackson</u>, Civil Action No. 07-727 (D.D.C.); and (5) a Reply brief in <u>Watts v. Gonzalez</u>, Civil Action No. 06-777 (D.D.C.).

    7. In addition, the undersigned counsel for the Defendant also has a Reply brief due in <u>Dews-Miller v. Rice</u>, Civil Action No. 06-1764 (D.D.C.) on September 28, 2007. Within the next eight days, he will also be responsible for responding to discovery requests in <u>Von Muhlenbrock v. Billington</u>, Civil Action No. 05-1921 (D.D.C.), and plans to conduct at least one deposition and defend several depositions in that same case on or before September 25, 2007 (the close of discovery in that case).

    8. Third, the Counsel for the Defendant is waiting for his agency counsel contacts to send him information and documents which are required before he can formulate an appropriate response to Plaintiff's Complaint. Consequently, Defendant requests the additional time in order to further confer and better address the relevant issues in this case.

    This extension is sought in good faith and will not unfairly prejudice any party. Allowing Defendant some additional time to formulate its response will aid both the parties and the Court in the development and resolution of this case.

    WHEREFORE, based on the foregoing, Defendant respectfully requests that the time for answering or otherwise responding to Plaintiff's Amended Complaint be extended to September 28, 2007.

Respectfully submitted,


\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
JONATHAN C. BRUMER, D.C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2007, I caused the foregoing *Motion for Enlargement of Time* to be served on *pro se* Plaintiff, postage prepaid, addressed as follows:

PETER TAYLOR
R11967-052
Ray Brook Federal
  Correctional Institution
P.O. Box 9008
Ray Brook, NY 12977

__/s/_____
JONATHAN C. BRUMER, D. C. BAR # 463328
Special Assistant United States Attorney
555 Fourth Street, N.W., Room E4815
Washington, D.C. 20530
(202) 514-7431
(202) 514-8780 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER TAYLOR, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-1081 (RCL) |
| FEDERAL BUREAU OF PRISONS, | ) |
| Defendant. | ) |

**ORDER**

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time to respond to the complaint, and the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion be, and hereby is, GRANTED, and it is

FURTHER ORDERED, that Defendant shall have until September 28, 2007, to respond to the Complaint.

_____
ROYCE C. LAMBERTH
United States District Court Judge

Copies of this order to:

Peter Taylor
R11967-052
Ray Brook Federal
 Correctional Institution
P.O. Box 9008
Ray Brook, NY 12977

Jonathan C. Brumer
Special Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia
555 Fourth Street, N.W., Room E-4815
Washington, D.C. 20530