IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER TAYLOR,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 07-1081 (RCL) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| **Defendant.** ) | |

## MOTION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFF'S COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b), the Federal Bureau of Prisons (BOP), the defendant, by and through the undersigned counsel, respectfully requests an enlargement of time up to and including October 29, 2007, to respond to plaintiff's complaint.[1]  The defendant's response is currently due on September 27, 2007.  The reason for the enlargement is the following:

1.  On September 17, 2007, the undersigned counsel was assigned to the Civil Division.  This case was one of many civil cases assigned to undersigned counsel.  Hence, the undersigned counsel needs time to review the file and confer with agency counsel before filing a response.

2.  Plaintiff's case arises under the Freedom of Information Act, 5 U.S.C. § 552 and pertains to the processing of his FOIA request by the BOP for telephone records.  The defendant has

---

[1]  Though this would be the defendant's third extension, this request is in good faith and will not unfairly prejudice any party.  Furthermore, additional time would allow the defendant to formulate a response which would aid the parties and the Court in a resolution.

not conferred with plaintiff, who is *pro se,* because plaintiff is incarcerated.[2]  An order granting the relief sought is attached hereto.

                          Respectfully submitted,

_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing counsel." It does not require counsel to discuss those motions with *pro se* parties. Nonetheless, it has been the general practice of the United States Attorney's Office in this District to discuss such motions with nonprisoner *pro se* parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). That Rule excludes prisoner *pro se* parties from the Court's meet-and-confer requirements. Specifically, the Rule requires "[c]ounsel (including any nonprisoner *pro se* party)" to meet and confer prior to a scheduling conference. LcvR 16.3(a).

**CERTIFICATE OF SERVICE**

  I hereby certify that on this 24th day of September, 2007, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

PETER TAYLOR
R 11967-052
Ray Brook Federal Correctional Institution
P.O. Box 9008
Ray Brook, NY 12977

            _____
            BLANCHE L. BRUCE
            Assistant United States Attorney
            555 Fourth Street, N.W., Room E-4220
            Washington, D.C. 20530
            (202) 307-6078 (telephone)

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **PETER TAYLOR,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1081 (RCL) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this \_\_\_\_ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including October 29, 2007 in which to answer, move or otherwise respond to plaintiff's Complaint.

Date _____  _____
UNITED STATES DISTRICT JUDGE