IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER TAYLOR** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FEDERAL BUREAU OF PRISONS,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 07-1081 (RCL) |

**MOTION FOR ENLARGEMENT OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**

Pursuant to Fed. R. Civ. P. 6(b), the Federal Bureau of Prisons (BOP), the defendant, by and through the undersigned counsel, respectfully requests an enlargement of time up to and including November 29, 2007, to respond to Plaintiff's Complaint.[1] The defendant's response is currently due on October 29, 2007. The reason for the enlargement is the following:

1.      After consultation with a supervisor, the undersigned counsel determined that additional information was needed from the Bureau of Prisons to prepare an appropriate response to the Complaint.

2.      Plaintiff's case arises under the Freedom of Information Act, 5 U.S.C. § 552 and pertains to BOP's processing of telephone records. The defendant has not conferred with plaintiff, who is *pro se,* because plaintiff is incarcerated. See LcvR 7(m). An order granting the relief sought

---

[1] Though this is Defendant's fourth extension, this request is in good faith and will not unfairly prejudice any party.

is attached hereto.

                                                    Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

_____/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530
(202) 307-6078 (telephone)

**CERTIFICATE OF SERVICE**

     I hereby certify that on this 29th day of October, 2007, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

PETER TAYLOR
R 11967-052
Ray Brook Federal Correctional Institution
P.O. Box 9008
Ray Brook, NY 12977

                                          _____/s/_____
                                          BLANCHE L. BRUCE
                                          Assistant United States Attorney
                                          555 Fourth Street, N.W., Room E-4220
                                          Washington, D.C. 20530
                                          (202) 307-6078 (telephone)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **PETER TAYLOR**     ) | |
| ) | |
| Plaintiff,     ) | |
| ) | |
| v.     ) | Civil Action No. 07-1081 (RCL) |
| ) | |
| **FEDERAL BUREAU OF PRISONS,**     ) | |
| ) | |
| Defendant.     ) | |

### ORDER

UPON CONSIDERATION of Defendant's Motion for Enlargement of Time, the merits thereof, and for good cause shown, it is this ____ day of _____, 2007

HEREBY ORDERED that the motion is granted, and it is

FURTHER ORDERED that defendant shall have up to an including November 29, 2007 in which to answer, move or otherwise respond to plaintiff's Complaint.


Date _____          _____
                                  UNITED STATES DISTRICT JUDGE