United States District Court
For the District of Columbia

Peter taylor,

        Plaintiff

Vs

Bureau of Prison,

        Defendant

Civil case No.
07-cv-1081 (RCL)

Motion under Vaughn V. Rosen to
Require Detailed indexing, Justification and itemization

Plaintiff, Peter taylor moves this court For an order requiring Defendant Bureau of Prison to provide within 30 days of the filing of the complaint in this action, a detailed justification For allegations contained in the Defendant answer and Previous administrative denial that the request document are exempt from disclourse under the Freedom of Information act 5 U.S.C 552, including an itemization and index of the document claimed to be exempt, correlating specific statement in Such justification with actual portions of the requested document. See Vaughn V. Rosen, 484 F.2d 820 (D.C. Cir 1973) Cert. den 415 u.s. 977 (1974)

        Respectfully Submitted,
        Peter taylor 11967-052
        F.CI Ray Brook
        P.O. Box 9008
        Ray Brook, Ny 12977
        Date: oct. 19, 2007

RECEIVED

NOV 2 – 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

United States District Court
For the District of Columbia

Peter taylor
       Plaintiff

Vs.

Federal Bureau of Prisons,
       Defendant

Civil action No. 07-108
(RCL)

## Order

UP on Consideration of the Plaintiff motion For a Vaughn V. Rosen to require detailed indexing, Justification and itemization.

Ordered that the Plaintiff motion is Granted, and its Further Ordered that the Defendant shall have untill November 27, 2007 to File an answer.

_____
United States District Judge

<u>Certificate of Service</u>

I hereby certify that on this 26th of October, 2007, I caused the Motion under Vaughn V. Rosen and default Judgment to be Served by First Class mail, postage prepaid on

Judith A. Kidwell
Assistant ~~USAss~~ United States Attorney
554 4th St, N.W. room E4905
Washington, D.C. 20530

_____ Pro Se
Peter Taylor 11967-052
F.C.I. Ray Brook
P.O. Box 9008
Ray Brook, NY 12977