United States District Court
For the District of Columbia

Peter Taylor,
 Plaintiff

Vs.

Federal Bureau of Prison

Civil Action No. 07-1081
(RCL)

RECEIVED
NOV - 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Plaintiff Motion for a default Judgment.

The Plaintiff, who is Pro Se, hereby respectfully request an Default Judgment. This complaint was served on June 25, 2007. Plaintiff complaint was and is an action brought pursuant to the Freedom of Information Act, 5 U.S.C. 552. Defendant's requested for an enlargement of time which the court granted an extension of time to file an answer or otherwise respond to the Plaintiff's complaint. The court gave Defendant untill August 27, 2007 to respone to plaintiff complaint. Defendant have failed to properly response in a timely matter.

There is good cause for this motion. Plaintiff is an inmate in the Federal Bureau of Prison. Plaintiff seek two tapes that's incontrol of Defendant. One tape, Feb. 10, 2007 call made from Plaintiff to 518-828-8494. Two, Feb. 15, 2007 call made from Plaintiff to 518-470-9913. Both calls where made from Federal Bureau of Prison phone. Plaintiff seek both tape to forward to the proper authority how law official conspire to have plaintiff hurt, killed by providing confidential information about plaintiff

Plaintiff understand Defendant additional time has expired. Defendant has had amount of time to reply or answer Plaintiff complaint.

For the foregoing reason, the Plaintiff respectfully request this motion for an Default Judgment be granted. A proposed order is included with this motion.

Respectfully submitted,

Peter Taylor 11967-052
F.C.I. Ray Brook
P.O. Box 9008
Ray Brook, NY 12977

United States District Court
For the District of Columbia

Peter Taylor,
    Plaintiff

Vs.

Federal Bureau of Prison,
    Defendant

Civil action No. 07-1081(RCL)

## Order

Upon Consideration of the Plaintiff Motion for an Default Judgment.

Ordered that the Plaintiff motion is Granted, and it is further Ordered that the Defendant shall have untill November 27, 2007 to release both Feb. 10, 2007 Feb. 15, 2007 recording tapes to Plaintiff.

United States District Judge

Certificate of Service

I hereby certify that on this 26th of October, 2007, I caused the Motion under Vaughn V. Rosen and default Judgment to be served by First Class mail, postage prepaid on

Judith A. Kidwell
Assistant ~~UAdas~~ United States Attorney
554 4th St. N.W. room E4905
Washington, D.C. 20530

_[signature]_  Pro Se
Peter Taylor 11967-052
F.C.I. Ray Brook
P.O. Box 9008
Ray Brook, NY 12977