IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PETER TAYLOR )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FEDERAL BUREAU OF PRISONS. )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1081 (RCL) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S REQUEST FOR A VAUGHN INDEX
AND MOTION FOR A DEFAULT JUDGMENT**

Plaintiff, in two separate pleadings, moved for a Vaughn index pursuant Vaughn v. Rosen, 484 F.2d 820 (D.C. 1973), and for a default judgment against Defendant. Both motions should be denied.

Defendant addressed the Vaughn index in its Motion to Dismiss, or in the alternative, Motion for Summary Judgment. In that motion, Defendant informed this Court that Plaintiff moved for a Vaughn index, and responded to the Vaughn issue. Defendant noted that a Vaughn index was not necessary because under Vaughn, agencies are required to prepare an itemized index, correlating each withheld document (or portion) with a specific FOIA exemption and the relevant part of the agency's non-disclosure justification. In this case, BOP has not improperly withheld any records because 1) the Federal Bureau of Prisons directed Plaintiff to obtain Privacy waivers from the other

individuals on the telephone calls to complete the FOIA processing, and 2) without the privacy waivers, the calls are subject to FOIA exemptions 6 and 7(C). Therefore, a separate <u>Vaughn</u> index is not necessary.

In regards to Plaintiff's request for default judgment, this Court gave Defendant until November 29, 2007, to respond to Plaintiff's Complaint. Defendant responded to the Complaint on November 27, 2007, by filing its pending dispositive motion.

## Conclusion

For the above stated reasons, Plaintiff's motions for a <u>Vaughn</u> index and a default judgment should be denied.

                                             Respectfully submitted,

\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

\_\_\_\_/s/_____
BLANCHE L. BRUCE, D.C. BAR # 960245
Assistant United States Attorney
555 Fourth Street, N.W., Room E-4220
Washington, D.C. 20530

Dated: November 28, 2007

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 28th day of November, 2007, I caused the foregoing to be served by first class mail, postage prepaid, to plaintiff *pro se*:

PETER TAYLOR
R 11967-052
Ray Brook Federal Correctional Institution
P.O. Box 9008
Ray Brook, NY 12977

                                     ___/s/_____
                                     BLANCHE L. BRUCE
                                     Assistant United States Attorney
                                     555 Fourth Street, N.W., Room E-4220
                                     Washington, D.C. 20530
                                     (202) 307-6078

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**PETER TAYLOR**

          **Plaintiff,**

   v.                         Civil Action No. 07-1081 (RCL)

**FEDERAL BUREAU OF PRISONS.**

          **Defendant.**

**ORDER**

UPON CONSIDERATION of Defendant's Opposition to Plaintiff's Motions for a Vaughn index and for a default judgment, and the entire record herein, it is on this ___ day of _____, 2007,

ORDERED that Plaintiff's Motions for a Vaughn index and a default judgment are denied.

_____
United States District Judge