to the clerk:

My name is Peter Taylor 11967-052. I have a civil action pending 07-cv-1081 (RCL). I received your letter that I have fourteen day to respone to Defendant Summary Judgement. Right now I'm in the shu. I have have any stamps. I'm using my last stamp to write this letter. I don't have any money. Enclosed is my commonsary account. I owe $24.87. Basically I'm asking permission of a two month extention so I got out of the Shu and get a job so I can pay for my postage to file which is $5.40.

Sincerely
Peter Taylor 11967-052
F.C.I. Ray Brook
P.O. Box
9007
Ray Brook, NY 12977
Date: 12/12/07

RECEIVED
DEC 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DEC 1 3

Date: 11/19/2007  
Time: 2:42:46 pm

**Federal Bureau of Prisons**  
**TRUFACS**  
**Inmate Statement**  
Sensitive But Unclassified

Facility: RBK

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 11967052 | Living Quarters: | Z01-107UAD |
| Inmate Name: | TAYLOR, PETER | Arrived From: | LEW |
| Current Site Name: | Ray Brook FCI | Transferred To: | |
| Housing Unit: | RBK-Z-A | Account Creation Date: | 10/17/2003 |

## Transaction Details

| Alpha Code | Date Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
|---|---|---|---|---|---|---|---|---|
| RBK | 09/04/2007 11:21:06 AM | 23 | | | Sales | ($2.95) | | $23.44 |
| RBK | 09/10/2007 08:17:54 AM | GIPP0807 | | | Payroll - IPP | $27.72 | | $51.16 |
| RBK | 09/11/2007 01:57:12 PM | | 1980 | | Bills | ($50.00) | | $1.16 |
| RBK | 10/04/2007 12:05:10 PM | 93 | | | Sales | ($0.50) | | $0.66 |
| RBK | 10/04/2007 04:18:13 PM | 33300408 | | | Western Union | $60.00 | | $60.66 |
| RBK | 10/09/2007 07:44:16 AM | HIPP0907 | | | Payroll - IPP | $25.20 | | $85.86 |
| RBK | 10/10/2007 01:56:40 PM | | | 46 | Bills | ($85.00) | | $0.86 |
| RBK | 10/12/2007 02:09:38 PM | 1767-C | | | Bills | $36.63 | | $37.49 |
| RBK | 10/12/2007 05:26:58 PM | 128 | | | Sales | ($0.80) | | $36.69 |
| RBK | 10/13/2007 07:59:16 AM | TFN1013 | | | Phone Withdrawal | ($2.00) | | $34.69 |
| RBK | 10/18/2007 11:38:06 AM | 58 | | | Sales | ($8.70) | | $25.99 |
| RBK | 10/21/2007 05:31:21 AM | 70194002 | | | Lockbox - CD | $100.00 | | $125.99 |
| RBK | 10/24/2007 09:19:38 AM | HICP1007 | | | Inmate Co-pay | ($2.00) | | $123.99 |
| RBK | 10/25/2007 11:17:11 AM | 14 | | | Sales | ($8.10) | | $115.89 |
| RBK | 11/01/2007 12:42:47 PM | | 142 | | Legal Fees | $0.00 | | $22.99 |
| RBK | 11/01/2007 12:42:47 PM | | 142 | | Bills | ($42.90) | | $72.99 |
| RBK | 11/01/2007 12:42:47 PM | | 146 | | Bills | ($50.00) | | $22.99 |
| RBK | 11/05/2007 07:51:58 AM | HIPP1007 | | | Payroll - IPP | $19.32 | | $42.31 |
| RBK | 11/07/2007 11:54:50 AM | 23 | | | Sales | ($28.55) | | $13.76 |
| RBK | 11/09/2007 06:01:17 PM | TFN1109 | | | Phone Withdrawal | ($2.00) | | $11.76 |
| RBK | 11/14/2007 01:45:08 PM | 186 | | | LBox/Pending DV | | ($36.63) | |
| RBK | 11/14/2007 02:28:33 PM | 62 | | | Sales | $0.00 | | $11.76 |
| | **Total Transactions:** | **22** | | | **Totals:** | **($14.63)** | **($36.63)** | |

Date: 11/19/2007
Time: 2:42:46 pm

Federal Bureau of Prisons
TRUFACS
**Inmate Statement**
Sensitive But Unclassified

Facility: RBK

Page 3

## General Information

| | | | |
|---|---|---|---|
| Inmate Reg#: | 11967052 | Living Quarters: | Z01-107UAD |
| Inmate Name: | TAYLOR, PETER | Arrived From: | LEW |
| Current Site Name: | Ray Brook FCI | Transferred To: | |
| Housing Unit: | RBK-Z-A | Account Creation Date: | 10/17/2003 |

## Current Balances

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| RBK | ($24.87) | $0.00 | $0.00 | $0.00 | $36.63 | $0.00 | $0.00 | $11.76 |
| **Totals:** | **($24.87)** | **$0.00** | **$0.00** | **$0.00** | **$36.63** | **$0.00** | **$0.00** | **$11.76** |

## Other Balances

| National 6 Months Deposits | National 6 Months Withdrawals | National 6 Months Avg Daily Balance | Local Max. Balance - Prev. 30 Days | Average Balance - Prev. 30 Days | Commissary Restriction Start Date | Commissary Restriction End Date |
|---|---|---|---|---|---|---|
| $490.40 | $514.89 | $26.25 | $125.99 | $56.38 | N/A | N/A |