UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| PETER TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1081 (RCL) |
| | ) | |
| FEDERAL BUREAU OF PRISONS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

By notice filed December 19, 2007, plaintiff requests a two-month enlargement of time to respond to defendant's dispositive motion. Defendant has not opposed the motion. Finding good cause shown, it is by the Court this 1st day of February 2008,

ORDERED that plaintiff shall file his response by February 19, 2008 or, as previously advised, risk dismissal of the case on a conceded motion; it is

FURTHER ORDERED that plaintiff's motion for appointment of counsel [Dkt. No. 9] is DENIED without prejudice, inasmuch as the Court, having considered the factors for appointing counsel set forth at Local Civil Rule 83.11, finds no basis for appointing counsel at this time; it is

FURTHER ORDERED that plaintiff's motions for a *Vaughn* index [Dkt. Nos. 4, 10, 16] are DENIED as premature; and it is

FURTHER ORDERED that plaintiff's motion for default judgment [Dkt. No. 17] is DENIED, inasmuch as defendant has not defaulted.

SO ORDERED.

_____s/_____
Royce C. Lamberth
United States District Judge

2