UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PETER TAYLOR,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**FEDERAL BUREAU OF PRISONS,** )<br>)<br>**Defendant.** )<br>) | Civil Action No. 07-1081 (RCL) |

## ORDER

On November 27, 2007, defendant Federal Bureau of Prisons filed a motion to dismiss or, alternatively, for summary judgment. On December 4, 2007, this Court issued an order advising the *pro se* plaintiff of the obligation to respond by December 18, 2007, and warning that failure to respond could result in the dismissal of the complaint. Plaintiff requested, and was permitted, additional time through February 19, 2008 to respond to the defendant's dispositive motion. Plaintiff has not filed a response to the defendant's motion. Accordingly, it is

ORDERED that the defendant's motion [Dkt. #18] to dismiss the complaint or, alternatively, for summary judgment is GRANTED as conceded. The complaint is DISMISSED. This is a final, appealable Order.

/s/
ROYCE C. LAMBERTH
United States District Judge

DATED: April 15, 2008